JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PROMPT PLUMBING HEATING & AIR CONDITIONING, INC., a California corporation; YEGHIA BALOUZIAN, an individual; and VICKEN BALOUZIAN, an individual,<br><br>Defendant. | Case No.: CV 11-02333 DSF (JCx)<br><br>Assigned to the Honorable Dale S. Fischer<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the parties' "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement," and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

This action is dismissed without prejudice; however, the Court retains jurisdiction of the action to enforce the terms of the parties' Settlement Agreement.

DATED: July 21, 2011

_____
UNITED STATES DISTRICT JUDGE